```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 32315
   RODNEY C CATAYONG
   JESSICA H CATAYONG                          CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-4430      SSN XXX-XX-3142

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/25/2008 and was not confirmed.

     The case was dismissed without confirmation 01/08/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
NETBANK INC                CURRENT MORTG          .00           .00            .00
NETBANK INC                MORTGAGE ARRE     15000.00           .00            .00
NETBANK INC                SECURED          324000.00           .00            .00
AMEX                       UNSECURED        NOT FILED           .00            .00
ARMOR SYSTEMS CO           UNSECURED        NOT FILED           .00            .00
BANK ONE NATIONAL PLAZA    UNSECURED        NOT FILED           .00            .00
BUREAU OF COLLECTION REC   UNSECURED        NOT FILED           .00            .00
LVNV FUNDING               UNSECURED          5419.56           .00            .00
CHASE                      UNSECURED        NOT FILED           .00            .00
CHASE                      UNSECURED        NOT FILED           .00            .00
CHASE AUTOMOTIVE FINANCE   UNSECURED        NOT FILED           .00            .00
CITI                       UNSECURED        NOT FILED           .00            .00
COLLECTCORP                UNSECURED        NOT FILED           .00            .00
DEBT RECOVERY SOLUTION     UNSECURED        NOT FILED           .00            .00
MERRICK BANK               UNSECURED          3896.00           .00            .00
MERRICK BANK               UNSECURED        NOT FILED           .00            .00
NBGL CARSONS               UNSECURED        NOT FILED           .00            .00
NETBANK INC                UNSECURED        NOT FILED           .00            .00
NICOR GAS                  UNSECURED        NOT FILED           .00            .00
RNB-FIELDS3                UNSECURED        NOT FILED           .00            .00
TELE COLLECTION SYSTEM     UNSECURED        NOT FILED           .00            .00
TROJAN CREDIT SERVICES     UNSECURED        NOT FILED           .00            .00
UNITED COLLECTION BUREAU   UNSECURED        NOT FILED           .00            .00
UNVL CITI                  UNSECURED        NOT FILED           .00            .00
HUDSON & KEYSE             UNSECURED          6695.78           .00            .00
PROVIDIAN                  UNSECURED        NOT FILED           .00            .00
PROVIDIAN                  UNSECURED        NOT FILED           .00            .00
NORTH STAR CAPITAL ACQ     UNSECURED          1268.00           .00            .00
ZENITH ACQUISITION         UNSECURED        NOT FILED           .00            .00
ALAN H SLODKI & ASSOCIAT   DEBTOR ATTY            .00                          .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 32315 RODNEY C CATAYONG & JESSICA H CATAYONG
```

```
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                              ---------------     ---------------
TOTALS                             .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 03/05/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE